IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RICARDO RUIZ RODRIGUEZ, §<br>    #28741-078                      §<br>                                          § | CIVIL NO. 4:22-CV-1038-SDJ |
| VS.                                    § | CRIMINAL NO. 4:19-CR-159(10)-SDJ |
|                                          § | |
| UNITED STATES OF AMERICA §  | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Bill Davis, who issued a Report and Recommendation (Dkt. #20) recommending that Movant be allowed to file an out-of-time appeal; that the final judgment in *United States v. Rodriguez*, Criminal Action No. 4:19-CR-159(10), be vacated and reentered as of the date of entry of the Final Judgment in this 28 U.S.C. § 2255 proceeding; and that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 be dismissed without prejudice in all other respects. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Movant is allowed to file an out-of-time appeal and that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice in all other respects.

It is further **ORDERED** that the final judgment in *United States v. Rodriguez*, Criminal Action No. 4:19-CR-159(10), is **VACATED** and that the Clerk of Court **REENTER** the final judgment as of the date of entry of the Final Judgment in this 28 U.S.C. § 2255 proceeding. Movant shall have fourteen (14) days from the date of

reinstatement of the judgment of conviction in which to file a notice of appeal or motion under Fed. R. App. P. 4(b)(4).

**So ORDERED and SIGNED this 31st day of July, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE